RECEIVED

DEC 26 2012

Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

SCANNED at LSP and Emailed

12-26-12 by SG 26 pages

date    initials    No.

.UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Freddie Marsalis
Plaintiff

# 451967
Inmate Number

VERSUS

N. Burl Cain, Trish Foster, D.
Vannoy. Williams (First Name Unknown)
Johnny Joshep, James M. LeBlanc,
E.W. Magee, David Voorhies
Robert Day. Oscar Coney
Duncan (First Name Unknown) J.Smith, Trent Barton

(Enter above the full name of each
defendant in this action.)

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order 2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _Freddie Marsalis #451967_

   (Captain)    (Captain)    (Lieutenant)    (Warden)
   Defendant(s): _Todd Barrer, Lorraine Knight, Andrew Palerm, Howard Prince, Timothy Seals._

2. Court (if federal court, name the district; if state court, name the parish): _United State District Court, Middle District of Louisiana._

3. Docket number: _12-37-JJB-DLD._

4. Name of judge to whom case was assigned: _Judge Brady, Magistrate Dalby_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending._

6. Date of filing lawsuit: _December 2011_
7. Date of disposition: _Unknown_

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )    No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_N/A_

II.    Place of present confinement: _Louisiana State Penitentiary_

A. Is there a prisoner grievance procedure in this institution?
       Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _LSP-2009-2230, LSP-2011-0905, LSP-2012-2038, LSP-2012-2341, LSP-2012-2600, LSP-2012-2436._
2. What steps did you take? _First and second step of the A.R.P process_

3. What was the result? _Rejected each time_

D. If your answer is No, explain why not: _N/A_

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Freddie Marsalis #451967_
   Address _Louisiana State Penitentiary, Angola, La   70712_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _N.Burl Cain_ _____ is employed as
_Head Warden_ _____ at _Louisiana State Penitentiary_

C. Additional Defendants: _Trish Foster, D.Vannoy, Williams (First Name Unknown) Johnny_
_Joshep, James M. LeBlanc, E.W. Magee, David Voorbies, Robert Day,_
_Oscar Coney, Duncan (First Name Unknown), J. Smith and Trent Barton_

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not given any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

1)    Plaintiff, Freddie Marsalis #451967, has made numerous attempts to rectify the violations forthcoming within the section 1983 Complaint through the prison procedures and guidlines, to no avail, all of plaintiffs attemps has been twarted and/or undermined by various prison officials and/or administration.

2)    Plaintiff seeks relief for/through the Honorable Court in reference to the American with Disability Act for being Confined to a Cell since April 22, 2002 up untill the year of 2012, therefore violating the 8th amendment which prohibits cruel and unusual punishment and also the 14th amendment which prohibits deprivation of Life, Liberty, or property without due Process of law.
                              Plaintiff

3)    Plaintiff Freddie Marsalis is and was at all times mentioned herein a prisoner of the Louisiana Department of Corrections. He is Currently

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite

no cases or statutes. Attach no exhibits. _Additionally, Plaintiff ask the Court_

_to have disciplinary reports "dated 10-31-2011, 11-15-11, 3-14-12,_

_4-16-12." Expunged from his record do to retaliation by E.W. Magee_

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ____19____ day of ____December____, 20_12_.

_Freddie Marsalis_

Signature of plaintiff(s)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Freddie Marsalis M45I1967

*Plaintiff(s)*

v.

Civil Action No.

N. Burl Cain Et

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* N. Burl Cain (LSP), Trish Foster (LSP), D Vannoy (LSP), Williams (First Name Unknown) (LSP) Johnny Joseph (LSP), Jame M.LeBlanc (DOC, HeadQuarters),; E.W. Magee (LSP), David Voorhies (LSP), Robert Day (LSP) Oscar Coney (LSP), Duncan (First Name Unknown) (LSP); J. Smith (LSP), T. Burton (LSP), Louisiana State Penitentiary, Angola, La 70712

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*