Confined in the Louisiana State Penitentiary in Angola, Louisiana.

## DEFENDANTS

### 4.

Defendant, N. Burl Cain is the Head Warden of the Louisiana State Penitentiary. He is responsible for every inmate in that Prison and the opperation of the [Louisiana State Penitentiary].

### 5.

Defendant, Trish Foster is a Correctional employee of the Louisiana Department of Corrections Who held the position of [Warden Designee/Legal Program Supervisor] and is assigned at the Louisiana State Penitentiary.

### 6.

Defendant, D. Vannoy is a Correctional Officer of the Louisiana Department of Corrections Who, at all times mentioned in this Complaint held the rank of [Deputy Warden] and is assigned to the Louisiana State Penitentiary

### 7.

Defendant, Williams (First Name Unknown) is a Correctional employee of the Louisiana Department of Corrections Who. held the position of [Head Classification Officer] and is assigned to the Louisiana State Penitentiary.

8.

Defendant, Johnny Joseph is a Correctional employee of the Louisiana Department of Corrections Who. held the position of [Classification Officer] and was assigned to the Louisiana State Penitentiary.

9.

Defendant, James M. LeBlanc is the [Secretary] of the Department of Public Safety and Corrections. He is legally responsible for the opperation of every prison in the State of Louisiana. and is assigned to D.O.C Head-Quarters.

10.

Defendant, E. W. Magee is a Correctional officer of the Louisiana Department of Corrections Who. held the rank of [Lieutenant] and is assigned to the Louisiana State Penitentiary.

11.

Defendant, David Voorhies is a Correctional officer of the Louisiana Department of Corrections Who. held the rank of [Lieutenant Colonel] and is assigned to the Louisiana State Penitentiary.

12.

Defendant, Robert Day is a Correctional Officer of the Louisiana Department of Corrections Who. held the rank of [Master Sergent] and is assigned to the Louisiana State Penitentiary.

## 13.

Defendant, Oscar Coney is a Correctional Officer of the Louisiana Department of Corrections Who. held the rank of [Sergent] and is assigned to the Louisiana State Penitentiary.

## 14.

Defendant, Duncan (First Name Unknown) is a Correctional employee of the Louisiana Department of Corrections Who. Held the position of [Classification Officer] and is assigned the the Louisiana State Penitentiary

## 15.

Defendant, J. Smith is a Correctional officer of the Louisiana Department of Corrections Who. Held the rank of [Colonel] and is assigned to the Louisiana State Penitentiary.

## 16.

Defendant, Trent Barton is a Correctional Officer of the Louisiana Department of Corrections Who. Held the rank of [Major] and is assigned to the Louisiana State Penitentiary

## 17.

Each Defendant is being sued individually and in their official Capacities. At all times mentioned in this Complaint each defendant acted under Color of State Law.

## FACTUAL ALLEGATION

### 18.

Plaintiff, Freddie Marsalis #451967 has been an inmate at the Louisiana State Prison since April 2002. up untill the present day and time, and throughout (10) years, Plaintiff has been subject to atypical and significant hardship in relation to the ordinary incident of prison life by being Confined to a Cell for the past (10) years he has been an inmate at the Louisiana State Penitentiary, known as Angola.

### 19.

Plaintiff, has tried on numerous occasions to rectify this forth Coming Violations within the means of the institution throughout the years Concearning the violations of his 1st, 8th and 14th amendment rights to no avail, the prisons administration has found ways to deny or reject Plaintiffs personal letter and grieviances.

### 20.

Plaintiff, has submitted over a dozen grieviances to defendant N. Burl Cain "Head Warden" about the illegalty of Continuancely keeping Plaintiff on extended lockdown for the past 10 years without reasonable reprieve from such inhuman Conditions, there is simply no penological justification for such indifference.

### 21.

Defendant, N. Burl Cain continues to enforce illegal policies at L.S.P that keeps inmates on extended lockdown for years on end, and to make matters worse, he never makes himself available to inmates on

22.

extended lockdown therefore neglecting his duties as the Head Warden of LSP by never making himself available to inmate(s) in extended lockdown, however, defendant N. Burl Cain routinely makes himself available to inmates in general population and somehow he finds time to escourt Citizens throughout the prison as a guide-tourist and entertain quest in the form of a social call or gathering

23.

Plaintiff, Continues to face atypical and significant hardship as oppose to inmates in general population who enjoys a significant amount of freedom that inmates on extended lockdown will "never" beable to enjoy Such as;

Inmates in general population enjoys the privileges of Having Contact Visitation(s), Attending school, Attendin Church, Attending significant gatherings involving influental people from society, Attending inspirational gatherings involving different Ministries from society, Gospel Concerts, Inmates in general population Can play sports, Have Holliday Parties, Attend the annual Angola Rodeo and entertain thousanth's of Citizens and Can make up to $5,000.00 dollars foom Hobby Craft Sales, Inmates in general population Can join Clubs and eat lavish food while watching movies, They Can watch television daily, order Clothes and name brand shoes, They can have CD players, Join a Choir, Gain trusty status, Attend funerals of love ones, They Can earn Wages. earn trades etc.

24.

Defendant, N. Burl Cain perticipates in the vast majority of these events Showing his duty and support to inmates in general population "The Angola Angolite Magazine" will prove this to be true. The Court will see Head Warden N. Burl Cain in every issue supporting inmates in general population and Soaking up the attention.

25.

Defendant's, Trish Foster, D. Vannoy and Williams is the Head Supervisors of their respectful positions in which each of them are highly regarded and has the power to make decision without that of having to first consult with the the head warden, therefore allowing each defendant to successfully make decision without the added pressure of having the "Boss" looking over their shoulder.

26.

Being that Trish Foster, is the Head supervisor of legal program department, she has the sole responsibility to make sure each grieviance submitted at L.S.P is timely answered and if in fact an investigation has to be conducted defendant Trish Foster is responsible for appointing an investigator.

27.

Defendant, Trish Foster has recieved numerous grieviances from the Plaintiff dealing with the Continuation of lockdown over the past 10 years, despite plaintiff mentioning federal violations and the illegalty of such a lenghtly stay in such a violent and negative setting defendant Foster never-the-less denied or rejected each grieviance based upon "disciplinary matters and/or 90 day Review board" when clearly plaintiff made it clear that he was not challenging the disciplinary boards decision(s) or the 90 day review board.

28.

Defendant, D. Vannoy is being sued individually based upon total

neglection of his job duties and/or his inability to ensure that any illegal violations are not intentionally committed among the staff he over-sees as the assistant Head Warden/Deputy Warden over security.

## 29.

Plaintiff has diligently sought out defendant Vannoy in the form of letters, 'pleading to have his situation reviewed' or for possible release from extended lockdown being that every ranking official plaintiff has consulted with, has specificly lead plaintiff to believe that defendant Vannoy or defendant Cain or the only two people that can grant plaintiff release from extended lockdown, however, after (15) personal letters to defendant Vannoy, he has never responded and/or acknowledged plaintiffs' letters Nor does defendant Vannoy ever make himself available to inmates housed in extended lock down. He is being sued in his individual and official capacity.

## 30.

Defendant, Williams is the head Classification officer of L.S.P leading to merits that he should have some say so in the major decisions made in imates housing assignments for the necessary evaluation and/or assessment of each individual inmate before any determination is made however, Plaintiff has made numerous attempts to successfully sway defendant Williams to review plaintiffs' lenghtly stay on extended lockdown yet there has been no response of any kind to suggest there will be any change in plaintiffs' housing. defendant Williams is being sued in his individual and official capacity.

## 31.

Plaintiff. states that he has repeatedly appealed to defendants N. Burl Cain, Trish Foster, James M. LeBlanc, D. Vannoy, Williams, Johnny Joseph, J. Smith. and Trent Barton Concearning plaintiff 8th and 14th Amendment rights, in which there lies a liberty interest based on atypical and signifiant hardship in which no other inmate has knowingly faced the same hardship or burden for such a lenghtly periaud of time that can proved to be harmful or potentially dangerous to any humans' well being physically, mentally, emotionally and psychologically yet the plaintiff is still being denied relief dispite the general oversight the plaintiff has provided to each defendent listed above.

## 32.

Plaintiff has provided a list of names to each defendant above. "This" this list Contains inmates name Who, where sentenced to the 6 Month (Camp J. Management program) for Committing serious rule infractions yet not one of them did more than 8 weeks in which each inmate recieved some form of favoritims or another and was released from the 6 Month program and was placed directly into a dormitory without the benefit of having to first Complete the required 90 days in a "working Cell-Block"... Further, There are two (2) famous gangsta rappers who has impaired security measure by enticing Correctional employee's to bring them illegal Contraband such as money, Cell phones and drugs and each of them where Charge in Court for such. however, These two gangsta rappers alone has more influence then Head Warden Burl Cain alone yet they have been allowed to live among other inmates in general population." There are also inmates who has killed other inmates and those Who are escape risk, drug user's, drug dealers and sex offenders who have been allowed to gain access to general population" etc.

**33.**

Defendant Johnny Joseph is also familiar with plaintiff situation however, he has repeatidly told the plaintiff that he will never be released from extended lockdown regardless if it's illegal or not. He also admits that he is baffeled by the extent of time plaintiff has spent on extended lockdown and he almost never forgets to acknowledge that the plaintiff should should have never confined to a cell for such a long period of time yet he says he is powerless where plaintiff status is concearned, and that the only three people that has the power to release the plaintiff is defendants Al Burl Cain, James M. LeBlanc & D. Vannoy however, neither one of them ever makes themselves available to inmates on extended lockdown nor do any of them ever answers personal letter. Each is being sued for 8th and 14th Amendment violation and/or deliberate indifference to unsafe prison condition.

**34.**

Plaintiff, Freddie Marsalis. 451967, now ask the court to allow a joinder of claims under the F.R.C.P..

**35.**

Defendant's, Lt. E.W. Magee, Lt. Col Voorhies, M.Sgt Robert Day, Sgt. Oscar Coney and Classification Officer Duncan are being sued fo Retaliation 8th and 14th Amendment violations.

**36.**

Plaintiff, was housed at the Main Prison T.U. extended lockdown building in 2011 when he was subjected to multiple disciplinary reports in the form of retaliation from defendant E.W. Magee.

**37.**

Plaintiff, states that on November 10, 2011. Plaintiff made a verbal Complaint to Warden Kevin Benjamin Concearning R&B Music Compact disc that Where being denied to the plaintiff "Via" Rejection of the prison Mail/package room do to no reciepts not being present with the music CD's. However, Warden Kevin Benjamin looked over the plaintiffs' paper-work and handed it to defendant Lt. E.W. Magee "who was present throughout the Whole exchange" and informed Lt. E.W. Magee to have the mail/package room to send plaintiff the rejected CD's if there where not any explicted lyrics on any of the CD's.

**38.**

Plaintiff states that after 7 Working days had passed without recieving the rejected CD's, he then stoped defendant Lt. Col Voorhies "while he was making routine rounds on Lower D tier at the Main Prison T.U. Building" and made a Verbal complaint to defendent Voorhies. Plaintiff stated to Lt. Col. Voorhies that Warden Kevin "Benjamin had signed his name on the Plaintiff paperwork and handed to defendant Lt. E.W. Magee" and informed him to have Plaintiff rejected CD's sent to him.

**39.**

Upon hearing the plaintiffs' Complaint. Defendant Voorhies Called for defendant E.W. Magee and asked him "Did Warden Benjamin informed you to have this inmate CD's sent to him?" defendant Lt. E.W. Magee being Visablely mad because the plaintiff made yet another verbal

40

Complaint to yet another higher ranking official defendant E.W. Magee Stated in a angry tone " Yea' Warden Benjamin gave me some paper Work for him, but I did all I can do, it's now out of my hands"

41.

Seeing that his employee was enraged Lt. Col. David Voorhies order a shakedown. Lt. Col. Voorhies, Lt. E.W. Magee and Sgt. Oscar Coney placed Plaintiff in restraint and begin shaking Plaintiff Cell down however, 3 minutes before the search ended Lt. Col. Voorhies left the scene and did not return and as a result defendant E.W. Magee exit the Plaintiff Cell with a Coloring Marker and placed it on a copy machine for copies then returned with a disciplinary report for Contraband, however Defendant E.W. Magee fabricated the disiplinary report and made it look as if the plaintiff had a shank and a dart thrower in which the plaintiff was subsequently found guilty of.

42.

Plaintiff now states that, Lt. Col Voorhies ordered the shakedown therefore he should have never left untill the shakedown was concluded. further, defendant Magee wrote the disciplinary report but only stated that he and Lt. Col. Voorhies was "notified" of the situation. In other Words. Defendant Magee prepared the disciplinary report as if he he was was not present when the shook down took place. He made it look as if sgt. Oscar Coney was the only officer that shook the

plaintiff cell down and as if Sgt. Coney was the one who prepared the disciplinary report and found the false contraband therefore using Sgt. Oscar Coney as a pawn in which defendant Magee could use to retaliate aginst the plaintiff.

## 43.

Defendant, Lt. E.W. Magee was also notified in march of 2012 that there was a human waste fight on upper C tier. When Lt. Magee arrived Master Sgt. Robert Day explained to him that two other inmates where arguing while one of them was completing his exercise hour. Yet he also told Lt. Magee that the plaintiff had just came on the hall and that alone was enough to prompt Lt. Magee to falsify another disciplinary re-report on the plaintiff for an aggravated fight... and again defendant Magee prepared the disciplinary report as if he was M.Sgt. Robert Day and agin the plaintiff was found guilty and sentenced to Camp J extended lockdown.

## 44.

Defendant Lt. E.W. Magee knows of the policy that defenant Head Warden N. Burl Cain has in place "that, if anyone is cought with a shank or any other violent weapon, they will be kept in a cell 5 to 10 years and this is what Lt. E.W. Magee accomplished when he falsified two disciplinary reports by impersonating two officers. Therefore Plaintiff now states that

he sues defendant's N. Burl Cain for having such an illegal policies in place, defendant's Lt. Col. Voorhies,. Lt. E. W. Magee, M. Sgt. Robert Day and Oscar Coney is being sued for breach of duty, falsifying documents, Malfeaseance. 8th and 14th amendment violations. Plaintiff did not recieve a fair hearing from the disciplinary reports therefore plaintiff wish to be Compensated for each day he served in solitary Confinement. Each defendant is being sued in their individual Capcacity.

## 45.

During the course of the fals disciplinary reports plaintiff was forced to miss over 209 days of recreation "Outdoors exercise priviliges" Causing prolong Soreness in the legs, joints, back pains, Complication bowel movements, bleeding from the rectal area do to hemorroidial problems, Headaches from poor air circulations, difficulties in hearing properly do to plaintiff being hearing impaired.

## 46.

Plaintiff realleges and incorporat by reference paragraph 1-46 that defendants N. Burl Cain, Trish Foster and James LeBlanc Collectivly Works hand and hand and each Where placed on notice as required by law that what they Where allowing to go on "keeping the plaintiff in a cell for 10 years" violated clearly established law.

# LEGAL CLAIMS

## 47.

Plaintiff has sought relief through the prisoners grievance system for 1) Being kept on extended lockdown for over 10 years without reprieve (2) for being harassed Contiuously by ranking officials (3) for Violation of 8th and fourteenth Amendment Violations (4) for being denied outside privileges for over 209 days.

## PRAYER FOR RELIEF

1) To be granted Relief from extended lockdown and/or be allowed to pursue trades, attend School, Church and have Contact Visits. Plaintiff hasn't been able to touch or hug his family in over 10 years.

2.) For the prison not to retaliate gainst him and have him sent to another prison do to this suit "especially David Wade." or "Elyan Hunts".

3.) $2 dollars a day for everyday Plaintiff has been illegally kept on extended Lock down without reprieve and/or relief.

4.) $3,000.00 from each defendant for Compasatory damages.

5.) $2,000.00 from each defendant for punitive damages

6.) Sueing James M. LeBlanc in his official Capacity for allowing illegal policy... and hopes the Court tell him to make himself available to inmates on extended lockdowns at least twice a year.

7.) For Head Warden N. Burl Cain to make himself available to inmates on extended lock downs at least 3 times a year.

8.) A judge or jury trial on all issues triable.

9.) For the defendants to handle the cost of this suit

10.) Any additional relief this court deems just, proper and equitable.

11.) For this suit to be allowed to progress to discovery in order for the plaintiff to truly prove all of the illegal things that takes place here at Angola.

Signed this __19__ day of __December__ 20_12_

s/ Freddie Marsalis
Freddie Marsalis #451967
Camp J Gator 4-L-2
Louisiana State Penitentiary
Angola , La    70712

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true on information and belief, and, as to those, I believe them to be true. I certify under penalty of purjury the the foregoing is true and correct.

Executed at the Louisiana State Penitentiary on __19__ day of __December__ 20_12_

s/ Freddie Marsalis
Freddie Marsalis #451967
Camp J-Gator 4-L-2
Louisiana State Penitentiary
Angola , La    70712

## LEGAL CLAIM COCLUSION

### Defendant's

1. Defendant N. Burl Cain is being sued in his individual and official capacity for violating Plaintiff 8th and 14th amendment. Plaintiff has tried and continues to try to reach Warden N. Burl Cain however he never makes himself available to inmates on extended lockdown therefore allowing his administration to Violates clearly established law. How Can you be the head warden over an institution and not know whats going on inside of it.

2. Defendant Trish Foster is being sued in her official capacity and Individually for dening plaintiffs' grieviances without having an investigation conducted concearning Plaintiffs' liberty interest. Therefore she in violation of the 1st, 8th and 14th amendment. Plaintiff states that she deliberatly denied his grieviances dispite being placed on notice that plaintiff would seek the court assistance in this matter.

3. Defendant D. Vannoy is being sued in his official and individual capacity for violating the 8th amendment. He is secound in Command in the prison yet he never makes himself available to inmates on extend lockdown therefore neglecting his duty as the deputy warden over security. Defendant's N. Burl Cain, Trish Foster and D. Vannoy has also been deliberate indifferent to unsafe prison Conditions being that plaintiff has medical problems namely he hearing impared. has been fighting a stomach Virsus for the past 3 years etc.

4. Defendant, Williams is the head Classification officer in which is being Sued in his individual and Official Capacity. Plaintiff has made a numerous of attempts to reach him yet the defendant refuse's to acknowledge any of the plaintiff letters therefore violating plaintiffs 8th and 14th amendment violations in which he has also showed deliberate indifference to unsafe prison Condition.

5. Defendant, James M. LeBlanc is being sued in his official capacity for violating the 8th amendment. He has been to LSP on a numerous of occasion yet he never makes himself available to inmates on extended lock down and/or never respond to letters or grievances therefore allowing him to neglect his duties as the Secretary of D.O.C.

6. Defendant's. E.W. Magee, David Voorhies, Robert Day, Oscar Coney and Duncan are being sued in their individual Capacity...Defendant David Voorhies is a Lt.Col in which he out ranks Lt. E.W. Magee, Oscar Coney and Robert Day however he "Voorhies" order a shakdown and abrutly left before the shakedown was concluded which allowed Lt E.W. Magee to falsify a disciplinary report to make it look as if the plaintiff had a weapon therefore having plaintiff placed in administrative segregation and Convicted Wrongly. Each are in violation of the 8th and 14th amendment.

7. Defendant's J.Smith and Trent Barton are being sued in their individual Capacity for violating the 8th and 14th amendment. Both are well aware of Plaintiff being on extended lock-down for years yet the both of them Con

dones illegal activity. On numerous of occasion one or the other has released an inmate in general population after the inmate has just been cought with drugs, simple escape, cell phones, failed drug test etc. yet the plaintiff has never commited such a serious infraction but still they release these inmates because they play sports

Note: Sports and the angola Rodeo is so major inside the prison becaus it generates so much money. The officer of Anaola bets each othe large sums of money during the Rodeo, Football and boxing matches so in essence, if one of their steir inmates get busted with anything illegal these officer "Ranking officials" finds wavs to free them. These inmates can do no wrong. With the courts permission plaintiff will list these inmates by name.

Respectfully submitted

St. Freddie Morris #15/967